### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION


**AMITRA CRUTCHFIELD**                                                    **PLAINTIFF**

**V.**                                    **3:25CV00266 JM**

**ONYX JONESBORO HOTEL, LLC**
**and ONYX HOSPITALITY, LLC**                                       **DEFENDANTS**


### <u>ORDER OF DISMISSAL</u>

This case is dismissed with prejudice due to settlement. The trial scheduled for March 8, 2027 is cancelled. The Court retains jurisdiction for thirty (30) days for the purpose of enforcing the settlement agreement. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of June, 2026.


_____
James M. Moody Jr.
United States District Judge